■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE SEALS, Appellant. [909 NYS2d 653]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered November 13, 2008, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to disprove the defendant's justification defense beyond a reasonable doubt (*see* Penal Law § 35.15; *People v Acquista*, 41 AD3d 491, 492 [2007]; *People v Glod*, 234 AD2d 384 [1996]; *People v Berk*, 217 AD2d 941, 942-943 [1995], *affd* 88 NY2d 257 [1996], *cert denied* 519 US 859 [1996]).

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Leventhal, Hall and Lott, JJ., concur.